DAVID J. PAULLY, Respondent, v. MYRNA HARRISON et al., Appellants.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.